IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **JPMORGAN CHASE BANK NA** | **APPELLANT** |
| v.   3:11-CV-00249-BRW (LEAD CASE) | |
| **DANIEL L JOHNSON et al.,** | **APPELLEES** |

___

| | |
|---|---|
| **JPMORGAN CHASE BANK NA** | **APPELLANT** |
| v.   3:11-CV-00250-BRW (CONSOLIDATED CASE) | |
| **TRACY LEA ESTES** | **APPELLEE** |

___

| | |
|---|---|
| **JPMORGAN CHASE BANK NA** | **APPELLANT** |
| v.   3:11-CV-00251-BRW (CONSOLIDATED CASE) | |
| **TAMMY RENAE PEEKS** | **APPELLEE** |

### ORDER

Pending is Appellant's Request for Oral Argument (Doc. No. 29). The Motion is tentatively GRANTED. I will probably set a date for oral argument once I have reviewed all the papers.

IT IS SO ORDERED this 21st day of March, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE