# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JPMORGAN CHASE BANK, N.A.                                                      APPELLANT

v.              No. 3:11CV00249 JLH (LEAD)
                 No. 3:11CV00250 JLH
                 No. 3:11CV00251 JLH

DANIEL L. JOHNSON; SUSAN DIANE
JOHNSON; TRACY LEA ESTES;
and TAMMY RENAE PEEKS                                       APPELLEES

## JUDGMENT

Pursuant to the Memorandum Opinion entered separately today, the decision of the bankruptcy court overruling the objections to confirmation in each of these three bankruptcy proceedings is reversed. These three cases are remanded to the bankruptcy court for further proceedings consistent with the Memorandum Opinion.

DATED this 11th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT COURT